UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>ROWLAND COOMES,<br><br>　　　　Defendant. | 5:23-CR-50036-KES<br><br>ORDER ADOPTING REPORT & RECOMMENDATION AND ORDER SCHEDULING SENTENCING |

　　　　On May 30, 2024, defendant, Rowland Coomes, appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to the Superseding Information. The Superseding Information charges Coomes with Enticement of a Minor, in violation of 21 U.S.C. § 2422(b). Both parties waived any objection to the report and recommendation.

　　　　After a de novo review of the record, it is

　　　　ORDERED that the report and recommendation (Docket 54) is adopted. The defendant is adjudged guilty of Enticement of a Minor, in violation of 21 U.S.C. § 2422(b). It is

　　　　FURTHER ORDERED that the sentencing hearing in this matter will be on August 12, 2024, at 4:00 p.m. in Rapid City, Courtroom 2.

　　　　Dated June 4, 2024.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*/s/ Karen E. Schreier*
　　　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE